UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:  )  BK No.:  18-06782
AUBREY S HUNTER  )
  )  Chapter: 13
  )  Honorable Jack Schmetterer
  )
  )
  )
Debtor(s)  )

### ORDER DISMISSING CASE FOR FAILURE TO FILE A PLAN

This matter coming before the court on Trustee's Motion to Dismiss, due notice having been given and the court having heard the facts presented;

IT IS THEREFORE ORDERED that this case is dismissed pursuant to 11 U.S.C. § 1307 (c) (3), for failure to file a plan timely.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: April 11, 2018

**Prepared by:**